IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr38WHB-JCS

ADRIAN WILSON

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment against ADRIAN WILSON, without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/ Cynthia L. Eldridge
CYNTHIA L. ELDRIDGE
Assistant U.S. Attorney
MS Bar No. 9634

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 26th day of July, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE